UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Edwan Thurmond, | Case No. 2:22-cv-01639-JAD-BNW |
| Plaintiff | |
| v. | **Order Granting Unopposed Motion to Dismiss** |
| New American Funding, | |
| Defendant | [ECF No. 5] |

Edwan Thurmond filed this now-removed action against New American Funding as a "Petition for a Verification of Debt," in which he seeks "to establish whether Defendant has as a standing to bring forth remedies entitled to Defendant. . . ."[1] Defendant New American Funding moves to dismiss, arguing that Thurmond's filing falls far short of stating any viable cause of action.[2] Thurmond's October 25, 2022, deadline to oppose that motion passed without response. Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply Local Rule 7-2(d) and deem plaintiff's failure to oppose this motion as his consent to granting it.

IT IS THEREFORE ORDERED that the motion to dismiss **[ECF No. 5] is GRANTED. This action is DISMISSED**, and the Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
November 1, 2022

---

[1] ECF No. 1-2 at 2.
[2] ECF No. 5.